JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**   Category No. **III**   Investigating Agency **FBI**

City: **Cambridge**

County: **Middlesex**

**Related Case Information:**
- Superseding Ind./Inf. _____   Case No. _____
- Same Defendant _____   New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number **20-MJ-5184-JGD**
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: **Mark Joseph Ahn**   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) **Wilsonville, Oregon**

Birth date (Yr only): **1962**   SSN (last4#): **8143**   Sex **Male**   Race: **White**   Nationality: **USA**

Defense Counsel if known: **Nelson A. Boxer**   Address: **Petrillo Klein & Boxer LLP**

Bar Number: _____   **655 Third Avenue, 22nd Floor, New York, NY 10017**

**U.S. Attorney Information:**

AUSA: **Kriss Basil**   Bar Number if applicable: **673074**

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document:   ☐ Complaint   ☑ Information   ☐ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☑ Felony **2**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **2-4-21**   Signature of AUSA: *Kriss Basil* (signed)

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Mark Joseph Ahn

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1348 | Securities Fraud | Counts One and Two |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013